CASE #:23/CV-01434    06-17-2023

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 22 2023 ★
LONG ISLAND OFFICE

JANL INC
3-7 PARK PLAZA
OLD BROOKVILLE NY 11545

To THE HONORABLE JUDGE
JOAN M. AZRACK

MY NAME IS SERGIO OLIVERIO PRESIDENT OF JANL.INC I CAME TO THE USA IN 1979. IN 1993 I OPENED A SMALL PIZZA SHOP, CREATED JOBS. PAID TAXES ETC.
UNFORTUNATLY I LOST MY BUSSINESS, MY HOUSE EVERYTHINGH, ON TOP OF THAT I'M BEING SUED. NOT ONLY MYSELF BUT MY WIFE AND SON WICH THEY WERE NEVER INVOLVED IN THE BUSINESS. I ALWAYS PAID MY EMPLOYEES EVEN IF THIS PERSON SAYS OTHERWISE, DONT EVEN REMEMBER IF INDEED HE HAD EVER WORKED THERE. THIS LETTER IS TO LET YOU KNOW THAT MY FAMILY HAS NOTHINGH TO DO WITH THIS. SINCE I. HAVE NOTHINGH LEFT I APPEAL TO YOU TO DO THE RIGHT THIGH.

RESPECTFULLY
SERGIO OLIVERIO PRES.

OLD BROOKVILLE NY
11545




RDC 99    11722

U.S. POSTAGE
FCM LG ENV
GLEN HEAD, N
11545
JUN 20, 23
AMOUNT
$1.26

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 22 2023 ★
LONG ISLAND OFFICE

TO 100 FEDERAL PL
CENTRAL ISLIP
NEW YORK 11722

(PRO SAY DEPT)
JUDGE JOAN M AZRACK