

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

June 27, 2023

**VIA ECF**

Clerk of the Court
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

     Re:    *Zaldivar v JANL Inc,* Case No. 23-cv-01434(JMA)(LGD)

Dear Clerk of the Court:

    Please re-issue the annexed updated summonses for Luciano Olivero, Severina Olivero and Sergio Olivero.

               Respectfully submitted,

               *Steven J. Moser*

               Steven J. Moser