

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| **Orbin Zaldivar** )<br>_Plaintiff_ )<br>)<br>v. )<br>)<br>**JANL, Inc. d/b/a Sergio's Pizzeria & Restaurant, Sergio Olivero, Severina Olivero and Luciano Olivero a/k/a Louis Olivero** )<br>)<br>_Defendant_ ) | Civil Action No. 2:23-cv-01434 |

## AFFIDAVIT OF SERVICE

I, Julie Byrne (Only serves in NY), being duly sworn, state:

The undersigned being duly sworn, deposes and says: Julie Byrne (Only serves in NY) is not a party to the action, is over 18 years of age and resides at 38 1st Street, Kings Park, NY 11754.

I served the following documents on Luciano Olivero in Suffolk County, NY on July 6, 2023 at 5:01 pm at 24 Klaibar Lane, East Northport, NY 11731 by personal service by handing the following documents to an individual identified as Luciano Olivero.

Complaint
Summons in a Civil Action

Additional Description:
Luciano accepted service of the papers and acknowledged it was him.

White Male, est. age 38, glasses: N, Black hair, 200 lbs to 220 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=40.8526000977,-73.2978673612

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Suffolk County, NY on 7/7/2023.

/s/ *Julie Byrne Only serves in NY*
Signature
Julie Byrne (Only serves in NY)
+1 (631) 579-2381

Below are my previous attempts at serving Luciano Olivero:

Date / Time: July 6, 2023 10:48 am
Address: 24 Klaibar Lane, East Northport, NY 11731
Geolocation: https://google.com/maps?q=40.8531799316,-73.2980321734
Description: Knocked on the door and rang doorbell. They had a ring camera. There was a car in the driveway. No response at the door.