## AFFIDAVIT OF SERVICE

| Case: 23-1434 | Court: UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK | County: | Job: 9136309 (316056) |
|---|---|---|---|
| **Plaintiff / Petitioner:** Orbin Zaldivar | | **Defendant / Respondent:** JANL, Inc. d/b/a Sergio's Pizzeria & Restaurant, Sergio Olivero, Severina Olivero and Luciano Olivero a/k/a Louis Olivero, | |
| **Received by:** Guardian Process Serving | | **For:** PROOF | |
| **To be served upon:** JANL, Inc C/O NEW YORK SECRETARY OF STATE | | | |

I, David Jacques, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Sue Zouky, ONE COMMERCE PLAZA: 99 WASHINGTON AVE, ALBANY, NY 12210
**Manner of Service:** Secretary of State, Jul 5, 2023, 3:51 pm EDT
**Documents:** Summons and Complaint (Received Jul 5, 2023 at 12:45pm EDT)

**Additional Comments:**
1) Successful Attempt: Jul 5, 2023, 3:51 pm EDT at ONE COMMERCE PLAZA: 99 WASHINGTON AVE, ALBANY, NY 12210 received by Sue Zouky. Age: 50-60; Ethnicity: Caucasian; Gender: Female; Weight: 120-140; Height: 5'4"; Hair: Gray; Relationship: BUSINESS DOCUMENT SPEC 2;

_____    7/07/2023
David Jacques                Date

Guardian Process Serving
137 EXCHANGE ST
ALBANY, NY 12205
518.212.7355

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

July 7, 2023          January 7, 2024
Date                  Commission Expires

**KAREN A FANDL**
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01FA6180026
Qualified in Rensselaer County
My Commission Expires: January 7, 2024