# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Orbin Zaldivar,** <br><br> *Plaintiff* <br><br> v. <br><br> **JANL, Inc. d/b/a Sergio's Pizzeria & Restaurant, Sergio Olivero, Severina Olivero and Luciano Olivero a/k/a Louis Olivero** <br><br> *Defendant* | Civil Action No. 2:23-cv-01434-JMA-LGD |

## AFFIDAVIT OF SERVICE

I, Roy Beierlein, being duly sworn, state:

The undersigned being duly sworn, deposes and says: Roy Beierlein is not a party to the action, is over 18 years of age and resides at 281 Brown Street, Mineola, NY 11501.

I served the following documents on Severina Olivero in Nassau County, NY on July 15, 2023 at 12:57 pm at 207 Frost Pond Road, Glen Cove, NY 11542 by posting the documents in a conspicuous place at the premises. First class mailing was completed on July 16, 2023 by depositing the above listed documents in a USPS Mailbox in an envelope marked personal and confidential.

Complaint
Sergio Olivero Summons
Severina Olivero Summons

Additional Description:
No answer at door. 2 cars observed in driveway, same as on prior attempts. Proof manager confirmed correct address. Have posted documents in plain site on front door.

Geolocation of Serve: https://google.com/maps?q=40.8537271,-73.6041723

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Nassau County, NY on 7/17/2023.

/s/ *Roy Beierlein*
Signature
Roy Beierlein
+1 (917) 334-2096

Below are my previous attempts at serving Severina Olivero:

Date / Time: July 10, 2023 6:03 pm
Address: 207 Frost Pond Road, Glen Cove, NY 11542
Geolocation: https://google.com/maps?q=40.8536131,-73.6077106
Description: A young woman answered the door. Identified herself as Alyssa Rudman. Early 20s, brown straight hair, about 5'5 , 135 lbs. She claimed that this was her boyfriend's residence. However, boyfriend was not home. She could not confirm or deny if Severina or Sergio resided at the residence. I observed all the shades and blinds drawn down on every window. 3 vehicles were in the driveway (pics attached). She claimed no-one else was home and she was not sure who either of the subjects were or who else lived in the house.

Date / Time: July 11, 2023 5:50 pm
Address: 207 Frost Pond Road, Glen Cove, NY 11542
Geolocation: https://google.com/maps?q=40.8532936,-73.6074235
Description: No answer at door on this attempt. Only 1 car visible in driveway.

Date / Time: July 13, 2023 9:44 am
Address: 207 Frost Pond Road, Glen Cove, NY 11542
Geolocation: https://google.com/maps?q=40.853422,-73.607364
Description: Same 2 cars in driveway as in all attempts. Mercedes and Jeep. (Pics attached) . No answer at door. Given it was morning I allowed extra time for someone to gather themselves and answer door. All blinds were pulled down. No movement or "peeking" observed.