AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| ORBIN ZALDIVAR ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 23-cv-01434 |
| JANL, Inc., et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Severina Olivero and Luciano Olivero

Date:    07/24/2023

*Attorney's signature*

David S. Feather; DF1832
*Printed name and bar number*

Feather Law Firm, P.C.
666 Old Country Road, Suite 509
Garden City, New York 11530
*Address*

DFeather@FeatherLawFirm.com
*E-mail address*

(516) 745-9000
*Telephone number*

(516) 908-3930
*FAX number*