UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Orbin Zaldivar<br><br>Plaintiff(s),<br><br>-against-<br><br>JANL, Inc. d/b/a Sergio's Pizzeria & Restaurant, Sergio Olivero, Severina Olivero and Luciano Olivero a/k/a Louis Olivero,,<br><br>Defendant(s). | Case No. 23-cv-01434(JMA)(LGD) |

**DECLARATION OF STEVEN J. MOSER IN SUPPORT OF REQUEST TO ISSUE CERTIFICATE(S) OF DEFAULT**

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. I am the attorney for the Plaintiff in this action.

2. I am admitted to practice before this Court.

3. I submit this declaration in support of Plaintiffs' Request for Issuance of Certificate(s) of Default.

**Defendant Sergio Olivero**

4. A summons was issued as to Defendant Sergio Olivero on June 28, 2023. *See* ECF Docket Entry No. 11. The Summons and Complaint was served upon the Defendant Sergio Olivero on July 15, 2023. Proof of service of the Complaint upon Sergio Olivero was filed on July 17, 2023. *See* ECF Docket Entry No. 11.

5. The time for Defendant Sergio Olivero to answer o otherwise move with respect to the complaint herein has expired.

6. The Defendant Sergio Olivero has not answered or otherwise moved with regard to the Complaint.

1

## Defendant JANL, Inc.

7. A summons was issued as to Defendant JANL, Inc. on February 24, 2023. *See* ECF Docket Entry No. 4. The Summons and Complaint was served upon the Defendant JANL, Inc. on July 5, 2023. Proof of service of the Complaint upon JANL, Inc. was filed on July 17, 2023. *See* ECF Docket Entry No. 10.

8. The time for Defendant JANL, Inc. to answer o otherwise move with respect to the complaint herein has expired.

9. The Defendant JANL, Inc. has not answered or otherwise moved with regard to the Complaint.

10. The Defendant JANL has not answered or otherwise moved with regard to the Complaint.

WHEREFORE, Plaintiff requests that the default of Defendant(s) Sergio Olivero and JANL, Inc. be noted and that a Certificate of Default be issued with regard to said Defendants.

Dated: Huntington, New York
       August 28, 2023

                                                  Steven J. Moser

## CERTIFICATE OF SERVICE

I, Shirley Navarro-Losito, hereby certify under the penalties of perjury that (1) I am over 18 years of age and not a party to this action, and (2) on August 28, 2023, I delivered via first class mail, courtesy of the United States Postal Service, a copy of the foregoing Declaration, and the proposed Certificate(s) of Default upon the Defendant(s) at the following address(es).

    **JANL, Inc. d/b/a Sergio's Pizzeria & Restaurant**
    **3-7 Park Plaza**
    **Glen Head, NY 11545**

    **Sergio Olivero**
    **c/o JANL, Inc.**
    **3-7 Park Plaza**
    **Glen Head, NY 11545**

Dated: Huntington, New York
       August 28, 2023.

                                                Shirley Navarro-Losito

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Orbin Zaldivar,<br><br>Plaintiff(s),<br><br>-against-<br><br>JANL, Inc. d/b/a Sergio's Pizzeria & Restaurant, Sergio Olivero, Severina Olivero and Luciano Olivero a/k/a Louis Olivero,<br><br>Defendant(s). | **Case No. 23-cv-01434(JMA)(LGD)**<br><br>**CLERK'S CERTIFICATE OF DEFAULT AS TO DEFENDANT JANL, INC.** |

# C E R T I F I C A T E

I, BRENNA B. MAHONEY, Clerk of United States District Court for the Eastern District of New York, do hereby certify that the docket entries in the above entitled action indicate that Defendant JANL, INC. was served with the Summons and Complaint on July 5, 2023.

I further certify that the docket entries indicate that the Defendant JANL, INC. has not filed an answer or otherwise moved with respect to the Complaint herein. The default of the Defendant JANL, INC. is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: _____

_____
BRENNA B. MAHONEY
Clerk of the Court

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Orbin Zaldivar,<br><br>Plaintiff(s),<br><br>-against-<br><br>JANL, Inc. d/b/a Sergio's Pizzeria & Restaurant, Sergio Olivero, Severina Olivero and Luciano Olivero a/k/a Louis Olivero,,<br><br>Defendant(s). | Case No. 23-cv-01434(JMA)(LGD)<br><br>**CLERK'S CERTIFICATE OF DEFAULT AS TO DEFENDANT SERGIO OLIVERO** |

# CERTIFICATE

I, BRENNA B. MAHONEY, Clerk of United States District Court for the Eastern District of New York, do hereby certify that the docket entries in the above entitled action indicate that Defendant SERGIO OLIVERO was served with the Summons and Complaint on July 15, 2023.

I further certify that the docket entries indicate that the Defendant SERGIO OLIVERO has not filed an answer or otherwise moved with respect to the Complaint herein. The default of the Defendant SERGIO OLIVERO is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: _____

_____
BRENNA B. MAHONEY
Clerk of the Court