UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ORBIN ZALDIVAR,

                Plaintiff,                           **CLERK'S CERTIFICATE OF DEFAULT**

   - against -                                   CV 23-1434 (JMA) (LGD)

JANL, INC., d/b/a Sergio's Pizzeria & Restaurant,
SERGIO OLIVERO, SEVERINA OLIVERO AND
LUCIANO OLIVERO, a/k/a Louis Olivero,

                Defendants.
---------------------------------------------------------------X

       **I,** Brenna B. Mahoney, Clerk of Court for the United States District Court for the Eastern District of New York, do hereby certify that defendants JANL, INC., and SERGIO OLIVERO have not filed an answer or otherwise moved with respect to the Complaint, and that the time to answer or move has expired.

       The defaults of defendants JANL, INC., and SERGIO OLIVERO are hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: August 28, 2023
       Central Islip, New York

                                                    BRENNA B. MAHONEY
                                                    CLERK OF COURT

                                      BY:    /s/ JAMES J. TORITTO
                                                           DEPUTY CLERK