UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br><div align="right">Deputy: Chelsea Tirado</div> |
| **DATE:** | **November 20, 2023** |
| **TIME:** | **11:00AM** |
| **FORMAT:** | ☐ In Person    ☒ Video Conference    ☒ Telephone Conference |
| **DOCKET NUMBER(S):** | **23-CV-1434 (JMA)(LGD)** |
| **NAME OF CASE(S):** | Zaldivar v. JANL, Inc. et al |
| **FOR PLAINTIFF(S):** | Steven John Moser |
| **FOR DEFENDANT(S):** | David S. Feather |
| **NEXT CONFERENCE(S):** | May 14, 2024 at 12:00PM via AT&T Teleconference<br><div align="right">(877-402-9753 – Access Code: 27851750)</div> |
| **FTR/COURT REPORTER:** | 11:04-11:29, via Zoom |

**RULINGS FROM INITIAL CONFERENCE:**

Case called. Counsel for all sides present.

For the reasons stated on the record, the proposed schedule at DE [18] is ADOPTED as follows: Automatic disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be completed by **11/17/2023**. Plaintiff shall file a status report detailing how he intends to proceed with the Defendants in default by **2/1/2024**. The deadline for a proposed amendment of the pleadings to add claims or join additional parties is **2/1/2024**. Any future motions to amend the pleadings on or after **2/2/2024** will be denied absent a showing of good cause, pursuant to Fed. R. Civ. P. 16(b)(4). *See Sacerdote v. New York University*, 9 F. 4th 95, 115 (2d Cir. 2021). Fact discovery shall be completed by **6/14/2024**. The deadline for submission of joint certification for the completion of all discovery is **6/21/2024**. The deadline to take the first step in dispositive motion practice consistent with Judge Azrack's Individual Practice Rules is **8/2/2024**.

<div align="right">
SO ORDERED

/s/ Lee G. Dunst<br>
LEE G. DUNST<br>
United States Magistrate Judge
</div>