UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Orbin Zaldivar, <br><br> Plaintiff(s), <br><br> -against- <br><br> JANL, Inc. d/b/a Sergio's Pizzeria & Restaurant, Sergio Olivero, Severina Olivero and Luciano Olivero a/k/a Louis Olivero,, <br><br> Defendant(s). | Case No. 23-cv-01434(JMA)(LGD) |

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

    IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) <u>Severina Olivero and Luciano Olivero a/k/a Louis Olivero only</u>, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: 2/7/2024

MOSER LAW FIRM, P.C.

*[signature]*
ID SDRvG3qYcHMdciv5L8UP5xvi

By: Steven John Moser
5 East Main Street
Huntington, New York 11743
steven.moser@moserlawfirm.com
(516) 671-1150

*Attorneys for Plaintiff(s)*

Dated: 2/2/2024

FEATHER LAW FIRM, P.C.

*David Feather*
ID bm9A6QjmKT9s9MFqc1JDNWwK

By: David Feather
666 Old Country Road
Suite 509
Garden City, NY  11530
dfeather@featherlawfirm.com

*Attorneys for Defendant(s)*

## eSignature Details

| | |
|---|---|
| **Signer ID:** | **bm9A6QjmKT9s9MFqc1JDNWwK** |
| Signed by: | David Feather |
| Sent to email: | dfeather@featherlawfirm.com |
| IP Address: | 75.127.250.74 |
| Signed at: | Feb 2 2024, 2:48 pm EST |

| | |
|---|---|
| **Signer ID:** | **SDRvG3qYcHMdciv5L8UP5xvi** |
| Signed by: | Steven Moser |
| Sent to email: | steven.moser@moserlawfirm.com |
| IP Address: | 10.0.34.31 |
| Signed at: | Feb 7 2024, 11:15 am EST |