

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

February 23, 2024

**VIA ECF**

Hon. Natasha C. Merle, USDJ
United States District Court, Eastern District of New York
225 Cadman Plaza East Courtroom 2F North
Brooklyn, NY 11210

    Re:    *Zaldivar v JANL Inc,* Case No. 23-cv-01434(JMA)(LGD)

Dear Judge Merle:

    I represent the plaintiff in the above referenced action. Consistent with the Court's request, I write to advise that we intend on filing a motion for default judgment against the non-appearing defendants Sergio Olivero and JANL, Inc. within 14 days of the date hereof.

    Respectfully submitted,

    *Steven J. Moser*

    Steven J. Moser

CC:    All counsel of record via ECF