

MOSER LAW FIRM, PC

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

March 28, 2024

**VIA ECF**

Hon. Natasha C. Merle, USDJ
United States District Court, Eastern District of New York
225 Cadman Plaza East Courtroom 2F North
Brooklyn, NY 11210

      Re:    *Zaldivar v JANL Inc,* Case No. 23-cv-01434(JMA)(LGD)

Dear Judge Merle:

      I represent the plaintiffs in the above referenced matter. Yesterday was the deadline for submission of a Motion for Default Judgement. Unfortunately, we were having difficulties contacting our client.

I therefore respectfully request for an extension of three weeks, until April 18th, 2024.

           Respectfully submitted,

           *Steven J. Moser*

           Steven J. Moser

CC:    All counsel of record via ECF