Steven John Moser (SM1133)
MOSER LAW FIRM, P.C.
5 East Main Street
Huntington, NY 11743
(516) 671-1150
steven.moser@moserlawfirm.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Orbin Zaldivar,

                        Plaintiff,

                 *-against-*

JANL, Inc. d/b/a Sergio's Pizzeria & Restaurant, Sergio Olivero, Severina Olivero and Luciano Olivero a/k/a Louis Olivero,

                        Defendants.

Case No.: 2:23-cv-01434 (NCM)(LGD)

**NOTICE OF MOTION FOR DEFAULT JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(b)(2)**

PLEASE TAKE NOTICE that, on a date and time to be determined by the Court, the undersigned, attorneys for plaintiff Orbin Zaldivar shall move before the Honorable Natasha C. Merle, United States District Judge, at the United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201, for a default judgment against defendants JANL, Inc. and Sergio Oliver, pursuant to Federal Rule of Civil Procedure 55(b)(2). In support of this motion, Plaintiff submits the Memorandum of Law in Support of Plaintiffs Motion for Default Judgment Pursuant to Federal Rule of Civil Procedure 55(b )(2), (3) the Declaration of Steven J. Moser in support thereof, with exhibits thereto, and the Declaration of the Plaintiff Orbin Zaldivar.

A proposed order for default judgment is annexed to this Notice of Motion.

Dated: Huntington, New York
April 16, 2024

        Respectfully submitted,
        MOSER LAW FIRM, P.C.

        _____
        Steven John Moser, Esq. (SM1133)
        5 East Main Street
        Huntington, NY 11743
        (516) 671-1150
        steven.moser@moserlawfirm.com
        *Attorneys for Plaintiff*