*Zaldivar v. JANL, Inc.*  4/16/2024
PLAINTIFF'S DAMAGES COMPUTATION IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

## I. SCHEDULE

|  | FROM | TO | HOURS WORKED | SPREAD OF HOURS |
|---|---|---|---|---|
| MON | 10:00 AM | 9:00 PM | 11 | 11 |
| WED | 10:00 AM | 9:00 PM | 11 | 11 |
| THURS | 10:00 AM | 9:00 PM | 11 | 11 |
| FRI | 10:00 AM | 9:00 PM | 11 | 11 |
| SAT | 10:00 AM | 10:00 PM | 12 | 12 |
| SUN | 10:00 AM | 10:00 PM | <u>12</u> | 12 |
|  |  |  | 68 |  |

## II. SUMMARY OF SCHEDULE AND SALARY

| From | To | Days Worked per Week | Average Hours Worked | Days Per Week in which Spread of Hours >10 | Salary |
|---|---|---|---|---|---|
| 7/1/2016 | 12/30/2016 | 6 | 68 | 6.00 | $450.00 |
| 12/31/2016 | 12/30/2017 | 6 | 68 | 6.00 | $450.00 |
| 12/31/2017 | 12/30/2018 | 6 | 68 | 6.00 | $500.00 |
| 12/31/2018 | 12/30/2019 | 6 | 68 | 6.00 | $500.00 |
| 12/31/2019 | 12/30/2020 | 6 | 68 | 6.00 | $500.00 |
| 12/31/2020 | 5/1/2021 | 6 | 68 | 6.00 | $500.00 |

### III. UNPAID OVERTIME AND MINIMUM WAGES

| From | To | Weeks | Average Hours Worked Per Week | Salary Paid | Regular Rate (Salary/40) | Minimum Wage as Per § 146-1.2 | Regular Rate ("RR") =Greater of Minimum Wage or Salary/40 | Regular Wages Earned (RR * 40) | Overtime ("OT") Rate (RR * 1.5) | OT Earned (OT Rate * 28) | Total Wages Earned (OT + Reg Wages) | Unpaid Wages per Week (Total Wages Earned - Salary Paid) | Total (Weeks * Unpaid Wages/Wk) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/1/2016 | 12/30/2016 | 26.00 | 68 | $450.00 | $ 11.25 | $9.00 | $11.25 | $450.00 | $16.88 | $472.50 | $922.50 | $472.50 | $12,285.00 |
| 12/31/2016 | 12/30/2017 | 52.00 | 68 | $450.00 | $ 11.25 | $10.00 | $11.25 | $450.00 | $16.88 | $472.50 | $922.50 | $472.50 | $24,570.00 |
| 12/31/2017 | 12/30/2018 | 52.00 | 68 | $500.00 | $ 12.50 | $11.00 | $12.50 | $500.00 | $18.75 | $525.00 | $1,025.00 | $525.00 | $27,300.00 |
| 12/31/2018 | 12/30/2019 | 52.00 | 68 | $500.00 | $ 12.50 | $12.00 | $12.50 | $500.00 | $18.75 | $525.00 | $1,025.00 | $525.00 | $27,300.00 |
| 12/31/2019 | 12/30/2020 | 52.00 | 68 | $500.00 | $ 12.50 | $13.00 | $13.00 | $520.00 | $19.50 | $546.00 | $1,066.00 | $566.00 | $29,432.00 |
| 12/31/2020 | 5/1/2021 | 17.00 | 68 | $500.00 | $ 12.50 | $14.00 | $14.00 | $560.00 | $21.00 | $588.00 | $1,148.00 | $648.00 | $11,016.00 |
|  |  |  |  |  |  |  |  |  |  |  |  |  | **$131,903.00** |

### IV. SPREAD OF HOURS

| From | To | Weeks | Days/Week in Which Spread of Hours Exceeded 10 | Minimum Wage | Weekly Spread of Hours Owed (6 x Min Wage) | Total SOH Owed (Weeks * SOH Owed/Week) |
|---|---|---|---|---|---|---|
| 7/1/2016 | 12/30/2016 | 26.00 | 6 | $ 9.00 | $54.00 | $1,404.00 |
| 12/31/2016 | 12/30/2017 | 52.00 | 6 | $ 10.00 | $60.00 | $3,120.00 |
| 12/31/2017 | 12/30/2018 | 52.00 | 6 | $ 11.00 | $66.00 | $3,432.00 |
| 12/31/2018 | 12/30/2019 | 52.00 | 6 | $ 12.00 | $72.00 | $3,744.00 |
| 12/31/2019 | 12/30/2020 | 52.00 | 6 | $ 13.00 | $78.00 | $4,056.00 |
| 12/31/2020 | 5/1/2021 | 17.00 | 6 | $ 14.00 | $84.00 | $1,428.00 |
|  |  |  |  |  |  | **$17,184.00** |

### IV. LIQUIDATED DAMAGES

|  |  | Liquidated Damages % | Liquidated Damages |  |
|---|---|---|---|---|
| Minimum Wages & Overtime Owed | $131,903 | 100% | $131,903 |  |
| Spread of Hours Owed | $17,184 | 100% | $17,184 |  |
|  |  |  |  | **$149,087.00** |

| | | | | | | PRE-JUDGMENT INTEREST | |
|---|---|---|---|---|---|---|---|
| From | To | Midpoint | Wages Owed | # of Years | Rate | Interest (Wages Owed * #Years * 9%) | |
| 12/31/2017 | 5/1/2021 | 8/31/2019 | $149,087 | 4.64 | 0.09 | $62,279 | **$62,278.64** |
| | | | | | | **TOTAL** | **$360,452.64** |