| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | *Zaldivar v. JANL, Inc.* | | 45398 | | | | | | | | | | | | 45398 |
| 2 | PLAINTIFF'S DAMAGES COMP | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | | | | | | | **I.  SCHEDULE** | | | | | | | |
| 5 | | FROM | TO | HOURS WORKED | SPREAD OF HOURS | | | | | | | | | | |
| 6 | MON | 0.416666666666667 | 0.875 | =(+C6-B6)*24 | =D6 | | | | | | | | | | |
| 7 | WED | 0.416666666666667 | 0.875 | =(+C7-B7)*24 | =D7 | | | | | | | | | | |
| 8 | THURS | 0.416666666666667 | 0.875 | =(+C8-B8)*24 | =D8 | | | | | | | | | | |
| 9 | FRI | 0.416666666666667 | 0.875 | =(+C9-B9)*24 | =D9 | | | | | | | | | | |
| 10 | SAT | 0.416666666666667 | 0.916666666666667 | =(+C10-B10)*24 | =D10 | | | | | | | | | | |
| 11 | SUN | 0.416666666666667 | 0.916666666666667 | =(+C11-B11)*24 | =D11 | | | | | | | | | | |
| 12 | | | | =SUM(D6:D11) | | | | | | | | | | | |
| 13 | | | | | | | | **II. SUMMARY OF SCHEDULE AND SALARY** | | | | | | | |
| 14 | From | To | Average Hours Worked | Days Per Week in which Spread of Hours >10 | Salary | | | | | | | | | | |
| 15 | 42552 | 42734 | 68 | 6 | 450 | | | | | | | | | | |
| 16 | =+B15+1 | 43099 | 68 | 6 | 450 | | | | | | | | | | |
| 17 | =+B16+1 | 43464 | 68 | 6 | 500 | | | | | | | | | | |
| 18 | =+B17+1 | 43829 | 68 | 6 | 500 | | | | | | | | | | |
| 19 | =+B18+1 | 44195 | 68 | 6 | 500 | | | | | | | | | | |
| 20 | =+B19+1 | 44317 | 68 | 6 | 500 | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | |

|  | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22 | III. UNPAID OVERTIME AND MINIMUM WAGES | | | | | | | | | | | | | | |
| 23 | From | To | Weeks | Average Hours Worked Per Week | Salary Paid | Regular Rate (Salary/40) | Minimum Wage as Per § 146-1.2 | Regular Rate ("RR") =Greater of Minimum Wage or Salary/40 | Regular Wages Earned (RR * 40) | Overtime ("OT") Rate (RR * 1.5) | OT Earned (OT Rate * 28) | Total Wages Earned (OT + Reg Wages) | Unpaid Wages per Week (Total Wages Earned - Salary Paid) | Total (Weeks * Unpaid Wages/Wk) | |
| 24 | 42552 | 42734 | =ROUND((+B24-A24)/7,0)68 | | 450 | =+E24/40 | 9 | =MAX(E24/40,G24) | =+H24*40 | =+H24*1.5 | =+J24*28 | =+K24+I24 | =+L24-E24 | =+M24*C24 | |
| 25 | =+B24+1 | 43099 | =ROUND((+B25-A25)/7,0)68 | | 450 | =+E25/40 | 10 | =MAX(E25/40,G25) | =+H25*40 | =+H25*1.5 | =+J25*28 | =+K25+I25 | =+L25-E25 | =+M25*C25 | |
| 26 | =+B25+1 | 43464 | =ROUND((+B26-A26)/7,0)68 | | 500 | =+E26/40 | 11 | =MAX(E26/40,G26) | =+H26*40 | =+H26*1.5 | =+J26*28 | =+K26+I26 | =+L26-E26 | =+M26*C26 | |
| 27 | =+B26+1 | 43829 | =ROUND((+B27-A27)/7,0)68 | | 500 | =+E27/40 | 12 | =MAX(E27/40,G27) | =+H27*40 | =+H27*1.5 | =+J27*28 | =+K27+I27 | =+L27-E27 | =+M27*C27 | |
| 28 | =+B27+1 | 44195 | =ROUND((+B28-A28)/7,0)68 | | 500 | =+E28/40 | 13 | =MAX(E28/40,G28) | =+H28*40 | =+H28*1.5 | =+J28*28 | =+K28+I28 | =+L28-E28 | =+M28*C28 | |
| 29 | =+B28+1 | 44317 | =ROUND((+B29-A29)/7,0)68 | | 500 | =+E29/40 | 14 | =MAX(E29/40,G29) | =+H29*40 | =+H29*1.5 | =+J29*28 | =+K29+I29 | =+L29-E29 | =+M29*C29 | |
| 30 | | | | | | | | | | | | | | | =SUM(N24:N29) |
| 31 | IV. SPREAD OF HOURS | | | | | | | | | | | | | | |
| 32 | From | To | Weeks | Days/Week in Which Spread of Hours Exceeded 10 | Minimum Wage | | | | | | | | Weekly Spread of Hours Owed (6 x Min Wage) | Total SOH Owed (Weeks * SOH Owed/Week) | |
| 33 | 42552 | 42734 | =ROUND((+B33-A33)/7,0)6 | | =+G24 | | | | | | | | =+E33*D33 | =+M33*C33 | |
| 34 | =+B33+1 | 43099 | =ROUND((+B34-A34)/7,0)6 | | =+G25 | | | | | | | | =+E34*D34 | =+M34*C34 | |
| 35 | =+B34+1 | 43464 | =ROUND((+B35-A35)/7,0)6 | | =+G26 | | | | | | | | =+E35*D35 | =+M35*C35 | |
| 36 | =+B35+1 | 43829 | =ROUND((+B36-A36)/7,0)6 | | =+G27 | | | | | | | | =+E36*D36 | =+M36*C36 | |
| 37 | =+B36+1 | 44195 | =ROUND((+B37-A37)/7,0)6 | | =+G28 | | | | | | | | =+E37*D37 | =+M37*C37 | |
| 38 | =+B37+1 | 44317 | =ROUND((+B38-A38)/7,0)6 | | =+G29 | | | | | | | | =+E38*D38 | =+M38*C38 | |
| 39 | | | | | | | | | | | | | | | =SUM(N33:N38) |
| 40 | IV. LIQUIDATED DAMAGES | | | | | | | | | | | | | | |
| 41 | | | | | | | | | | | | | Liquidated Damages % | Liquidated Damages | |
| 42 | Minimum Wages & Overtime | | | =+O30 | | | | | | | | | 1 | =+D42 | |
| 43 | Spread of Hours Owed | | | =+O39 | | | | | | | | | 1 | =+D43 | |
| 44 | | | | | | | | | | | | | | | =+N42+N43 |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 45 | | | | | | | | PRE-JUDGMENT INTEREST | | | | | | | |
| 46 | From | To | Midpoint | Wages Owed | # of Years | Rate | | | | | Interest (Wages Owed * #Years * 9%) | | | | |
| 47 | =+A17 | =+B38 | =(B47-A47)/2+A47 | =+O44 | =(O$1-C47)/364 | 0.09 | =+D47*E47*F47 | | | | | | | | =+G47 |
| 48 | | | | | | | | | | | | | | | |
| 49 | | | TOTAL | | | | | | | | | | | TOTAL | =SUM(O22:O48) |
| 50 | | | | | | | | | | | | | | | |