UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Orbin Zaldivar,

                              Plaintiff,

                -against-

JANL, Inc. d/b/a Sergio's Pizzeria & Restaurant, Sergio Olivero, Severina Olivero and Luciano Olivero a/k/a Louis Olivero,

                             Defendants.

Case No.: 2:23-cv-01434

**DECLARATION OF ORBIN ZALDIVAR IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. I am the Plaintiff herein.

2. I was employed by JANL, Inc. d/b/a Sergio's Pizzeria & Restaurant ("JANL"), from approximately July 2016 until May 5, 2021.

3. I was hired by Sergio Olivero to work at JANL in July 2016.

4. I never received a hiring notice from JANL, Inc. containing information about how much I would be paid or what the regular workweek or payday was.

5. Sergio Olivero determined how much I would be paid and what my hours would be. He had the authority to tell me what to do while I was at work.

6. I worked in the kitchen, where I prepared food, washed dishes, and cleaned the floor and kitchen.

7. From approximately July 2016 until approximately May 5, 2021, my work schedule was from 10 am to 9 pm on Monday, Wednesday, Thursday and Friday, and from 10 am to 10 pm on Saturday and Sunday.

8. I did not take a meal break.

9. I worked, on average, 68 hours each workweek.

1

10. From approximately July 2016 until December 2017, I was paid a weekly salary of $450, in cash.

11. From approximately January 2018 until May 2021, I was paid a weekly salary of $500, in cash.

12. I was never given a statement from JANL, Inc. with the cash payments for wages.

13. On or about May 5, 2021, Sergio Olivero fired me.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: Huntington, NY
April 14, 2024

_____
Orbin Zaldivar

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
DISTRITO ESTE DE NUEVA YORK

Orbin Zaldívar,

Número de caso: 2:23 -cv-01434

Demandante,

**DECLARACIÓN DE ORBIN ZALDÍVAR**

-en contra-

JANL, Inc. d/b/a Sergio's Pizzeria & Restaurant, Sergio Olivero, Severina Olivero y Luciano Olivero,

Demandados

De conformidad con el 28 U.S.C. § 1746, por la presente declaro lo siguiente:

1. Soy el demandante.

2. Trabajé en JANL, Inc., que opera bajo el nombre de Sergio's Pizzeria & Restaurant ("JANL"), desde aproximadamente julio de 2016 hasta el 5 de mayo de 2021.

3. Sergio Olivero me contrató para trabajar en JANL en julio de 2016.

4. Nunca recibí un aviso de JANL, Inc. que contuviera información sobre cuánto me pagarían o cuál era la semana laboral o el día de pago.

5. Sergio Olivero determinó cuánto me pagarían y cuáles serían mis horas. Tenía la autoridad para decirme qué hacer mientras estaba en el trabajo.

6. Trabajaba en la cocina, donde preparaba la comida, lavaba los platos y limpiaba el piso y la cocina.

7. Desde aproximadamente julio de 2016 hasta aproximadamente el 5 de mayo de 2021, mi horario de trabajo era de 10 a. m. a 9 p. m., los lunes, miércoles, jueves y viernes, y de 10 a. m. a 10 p. m., los sábados y domingos.

8. No me tomé un descanso para comer.

9. Trabajé, en promedio, 68 horas cada semana laboral.

1

10. Aproximadamente desde julio de 2016 hasta diciembre de 2017, me pagaron un salario semanal de 450 dólares en efectivo.

11. Aproximadamente desde enero de 2018 hasta mayo de 2021, me pagaron un salario semanal de 500 dólares en efectivo.

12. JANL, Inc. nunca me entregó una documento con los pagos en efectivo.

13. El 5 de mayo de 2021 o alrededor de esa fecha, Sergio Olivero me despidió.

Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Fecha: Huntington, NY
   14 de abril de 2024

_____
Orbin Zaldívar