United States District Court
Eastern District of New York

| | |
|---|---|
| Orbin Zaldivar,<br><br>Plaintiff(s),<br><br>-against-<br><br>JANL, Inc. d/b/a Sergio's Pizzeria & Restaurant, Sergio Olivero, Severina Olivero and Luciano Olivero a/k/a Louis Olivero,,<br><br>Defendant(s). | **CERTIFICATE OF SERVICE BY MAIL**<br><br>Case No. 23-cv-01434(JMA)(LGD) |

Shirley Navarro-Losito declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct.

1. I am over 18 years of age and am not a party to this litigation.

2. I am an employee of the Moser Law Firm, P.C.

3. On 4/19/2024 I served the Motion for Default Judgment, Proposed Judgment, Memorandum in Support of Motion, Declaration of Steven J. Moser in Support of the Motion for Default Judgment, Complaint, Certificate of Default, Stipulation of Dismissal, Damages Calculations, Damages Formulas and Declaration of Plaintiff in Support of Motion for Default Judgment, via first class mail courtesy of the United States Postal Service to the following addresses:

David Feather
666 Old Country Road
Suite 509
Garden City, NY 11530,

Sergio Olivero
207 Frost Pond Road
Glen Cove, NY 11542

Severina Olivero
207 Frost Pond Road
Glen Cove, NY 11542


Luciano Olivero
24 Klaibar Lane
East Northport, NY 11731


I certify that the foregoing is true and correct.


Dated: Huntington, New York
      April 18, 2024

_____
Shirley Navarro-Losito