UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Orbin Zaldivar, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) **Case No. 23-cv-01434(JMA)(LGD)** |
| -against- | ) |
| | ) |
| JANL, Inc. d/b/a Sergio's Pizzeria & Restaurant, Sergio Olivero, Severina Olivero and Luciano Olivero a/k/a Louis Olivero,, | ) |
| | ) |
| Defendant(s). | ) |

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) <u>Severina Olivero and Luciano Olivero a/k/a Louis Olivero only</u>, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: 2/7/2024

MOSER LAW FIRM, P.C.

*/s/ Steven John Moser*
ID SDRvG3qYcHMdciv5L8UP5xvi
By: Steven John Moser
5 East Main Street
Huntington, New York 11743
steven.moser@moserlawfirm.com
(516) 671-1150

*Attorneys for Plaintiff(s)*

Dated: 2/2/2024

FEATHER LAW FIRM, P.C.

*David Feather*
ID bm9A6QjmKT9s9MFqc1JDNWwK
By: David Feather
666 Old Country Road
Suite 509
Garden City, NY 11530
dfeather@featherlawfirm.com

*Attorneys for Defendant(s)*

## eSignature Details

**Signer ID:**      bm9A6QjmKT9s9MFqc1JDNWwK
Signed by:          David Feather
Sent to email:      dfeather@featherlawfirm.com
IP Address:         75.127.250.74
Signed at:          Feb 2 2024, 2:48 pm EST

**Signer ID:**      SDRvG3qYcHMdciv5L8UP5xvi
Signed by:          Steven Moser
Sent to email:      steven.moser@moserlawfirm.com
IP Address:         10.0.34.31
Signed at:          Feb 7 2024, 11:15 am EST