United States District Court
Eastern District of New York

| | |
|---|---|
| Orbin Zaldivar,<br><br>                          Plaintiff(s),<br><br>-against-<br><br>JANL, Inc. d/b/a Sergio's Pizzeria & Restaurant, Sergio Olivero, Severina Olivero and Luciano Olivero a/k/a Louis Olivero,<br><br>                          Defendant(s). | **CERTIFICATE OF SERVICE BY MAIL**<br><br>Case No. 23-cv-01434(JMA)(LGD) |

Shirley Navarro-Losito declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct.

1. I am over 18 years of age and am not a party to this litigation.

2. I am an employee of the Moser Law Firm, P.C.

3. On 2/20/2025 I served the following documents: Declaration in Support of Motion, Complaint, Certificate of Default, Stipulation of Dismissal, Damages Calculations, Damages Formulas, SCRA Report Sept 2024, SCRA Report Feb 2025, Memorandum in Support, Default Judgment and Proposed Judgment, via first class mail courtesy of the United States Postal Service to the following addresses:

        JANL, Inc. d/b/a Sergio's Pizzeria & Restaurant
        3-7 Park Plaza
        Glen Head, NY 11545

        David Feather
        666 Old Country Road
        Suite509
        Garden City, NY 11530

        Sergio Olivero
        207 Frost Pond Road
        Glen Cove, NY 11542

Severina Olivero
207 Frost Pond Road
Glen Cove, NY 11542

Luciano Olivero
24 Klaibar Lane
East Northport, NY 11731,

I certify that the foregoing is true and correct.

Dated: Huntington, New York
February 20, 2025

_____
Shirley Navarro-Losito