

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

February 28, 2025

**VIA ECF**

Hon. Lee G Dunst, USMJ
United States District Court Eastern District of New York
100 Federal Plaza, Courtroom 830
Central Islip, NY 11722

Re: Zaldivar *v JANL Inc,* Case No. 23-cv-01434(JMA)(LGD)

Dear Judge Dunst:

    I represent the Plaintiff in the above-mentioned matter. I am writing to the court to request a brief extension of time, until Wednesday March 5th to deliver to the chambers the courtesy copies of DE 33, DE 34 and DE 35 as stipulated in the last order. The reason being that my assistant Shirley Navarro-Losito has been out of the office and not able to print and deliver such copies as requested.

                                       Respectfully Submitted,

                                       *Steven J. Moser*
                                       Steven J. Moser

CC:    All counsel of record via ECF