UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Orbin Zaldivar,

    Plaintiff(s),

-against-

JANL, Inc. d/b/a Sergio's Pizzeria & Restaurant, Sergio Olivero, Severina Olivero and Luciano Olivero a/k/a Louis Olivero,

    Defendant(s).

**Case No. 23-cv-01434(JMA)(LGD)**

STIPULATION OF VOLUNTARY PARTIAL DISMISSAL PURSUANT TO
F.R.C.P. 41(a)(1)(A)(ii)

PLAINTIFF hereby STIPULATES that following claims are voluntarily dismissed, without prejudice, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii):

- FIFTH COUNT: Uniform Maintenance Pay under 12 NYCRR § 146-1.7 and NYLL § 198(1-a)
- SIXTH COUNT: Uniform Reimbursement under 12 NYCRR § 146-1.8 and NYLL § 198(1-a)
- SEVENTH COUNT: Unlawful Deductions Under NYLL § 193, 12 NYCRR § 146-2.7 and NYLL § 198(1-a)
- EIGHTH COUNT: Retaliation under 29 U.S.C. §§ 215(a)(3) and 216
- NINTH COUNT: Retaliation under NYLL § 215

Dated: June 5, 2025

MOSER LAW FIRM, P.C.

*Steven John Moser*
By: Steven John Moser
133C New York Ave, P.O Box 710,
Huntington, New York 11743
steven.moser@moserlawfirm.com
(516) 671-1150

*Attorneys for Plaintiff(s)*


SO-ORDERED

_____