United States District Court
Eastern District of New York

| | |
|---|---|
| Orbin Zaldivar, | **CERTIFICATE OF SERVICE BY MAIL** |
| Plaintiff(s), | |
| *-against-* | **Case No. 23-cv-01434(JMA)(LGD)** |
| JANL, Inc. d/b/a Sergio's Pizzeria & Restaurant, Sergio Olivero, Severina Olivero and Luciano Olivero a/k/a Louis Olivero, | |
| Defendant(s). | |

Shirley Navarro-Losito declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct.

1.    I am over 18 years of age and am not a party to this litigation.

2.    I am an employee of the Moser Law Firm, P.C.

3.    On 8/26/2025 I served the Report and Recommendations filed on 8/20/25, via first class mail courtesy of the United States Postal Service to the following addresses:

JANL, Inc. d/b/a Sergio's Pizzeria & Restaurant
3-7 Park Plaza
Glen Head, NY 11545

David Feather
666 Old Country Road
Suite509
Garden City, NY 11530

Sergio Olivero
207 Frost Pond Road
Glen Cove, NY 11542

Severina Olivero
207 Frost Pond Road
Glen Cove, NY 11542

Luciano Olivero
24 Klaibar Lane
East Northport, NY 11731,

I certify that the foregoing is true and correct.

Dated: Huntington, New York
August 26, 2025

_____
Shirley Navarro-Losito