UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ORBIN ZALDIVAR,

                        Plaintiff,                      JUDGMENT
                                                  23-cv-01434 (NCM) (LGD)

    v.

JANL, INC. d/b/a Sergio's Pizzeria & Restaurant
and SERGIO OLIVERO,

                        Defendants.
-----------------------------------------------------------------X

        An Order of the Honorable Natasha C. Merle, United States District Judge having been filed on October 21, 2025, adopting the Report and Recommendation of Magistrate Lee G. Dunst, dated August 20, 2025, granting in part and denying in part plaintiff's motion for default judgment against defendants; awarding Plaintiff $262,288.32 in damages including (1) $131,144.16 in compensatory damages and (2) $131,144.16 in liquidated damages; awarding Plaintiff pre-judgment interest on plaintiff's compensatory damages award of $131,144.16, calculated at a per diem interest rate of $32.34 from March 29, 2019 until the date the Clerk of Court enters judgment; post-judgment interest calculated from the date the Clerk of Court enters judgment until the date of payment at the rate set forth in 28 U.S.C. § 1961(a); and interest from nonpayment at the rate of fifteen percent for any amounts of the judgment, not including any post-judgment interest, that are not paid within ninety days of the issuance of the judgment; and the Clerk of Court having calculated the prejudgment interest at the rate set forth above, and the interest being $77,583.66; it is

        ORDERED and ADJUDGED that plaintiff's motion for default judgment against defendants is granted in part and denied in part; that judgment is hereby entered in favor of plaintiff and against defendants in the total amount of $339,871.98 plus post-judgment interest at

1

the rate set forth in 28 U.S.C. § 1961(a); and plaintiff is awarded interest from nonpayment at the rate of fifteen percent for any amounts of the judgment, not including any post-judgment interest, that are not paid within ninety days of the issuance of the judgment.

Dated: Brooklyn, New York       Brenna B. Mahoney
       October 22, 2025          Clerk of Court

                          By:   */s/Jalitza Poveda*
                                Deputy Clerk